STATE OF NEW JERSEY v. RALPH C. HENDERSON.

April 4, 1977.  Petition for certification denied.

STATE OF NEW JERSEY v. JOHN GAFFEY.

April 4, 1977.  Petition for certification denied.

STANLEY C. VAN NESS v. BOROUGH OF DEAL.

April 4, 1977. Petition for certification granted.  (See 145 *N. J. Super.* 368)

STATE OF NEW JERSEY v. AURELIO HERNANDEZ.

April 4, 1977.  Petition for certification denied.

MODULAR CONCEPTS, INC. v. SOUTH BRUNSWICK TWP.

April 4, 1977. Petition for certification denied. (See 146 *N. J. Super.* 138)

URBAN LEAGUE OF GREATER NEW BRUNSWICK v. MAYOR & COUNCIL OF THE BOROUGH OF CARTERET.

April 4, 1977. Petition for certification denied. (See 142 *N. J. Super.* 11)